```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

EnergyNorth Natural Gas, Inc.

    v.                              Civil No. 99-cv-049-JD

Century Indemnity Company, et al.

PROCEDURAL ORDER

In response to ENGI's motion for a scheduling conference and to reschedule the trial in this case, the defendants filed a limited objection in which they raise an issue as to the recusal of Judge McAuliffe based on non-waiver of a conflict of interest. The defendants note that since the recusal, one defendant, Utica Mutual Insurance Company, has settled with ENGI and "suggest that it would be appropriate for the Clerk of the Court to determine whether the responses previously submitted by the remaining parties allow for a waiver of the conflict, and if so to advise the Court accordingly." Obj. ¶ 7. The defendants also assert that if the remaining parties have previously waived the conflict, Judge McAuliffe could hear the case.

This issue was raised in an objection, rather than in a motion which would require a response from ENGI. Therefore, the

court directs ENGI to file a response to the defendants' objection **on or before July 29, 2005.**

    SO ORDERED.

                                                        _____
Joseph A. DiClerico, Jr.
United States District Judge

July 20, 2005

cc: John L. Altieri, Esquire
    Walter J. Andrews, Esquire
    Edmund J. Boutin, Esquire
    Kevin E. Buchholz, Esquire
    Doreen F. Connor, Esquire
    Bruce W. Felmly, Esquire
    Robert P. Firriolo, Esquire
    Ruth S. Kochenderfer, Esquire
    Scott E. Levens, Esquire
    Jante C. Santos, Esquire