UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

EnergyNorth Natural Gas, Inc.

   v.                           Civil No. 99cv049-JD

Century Indemnity Company

O R D E R

EnergyNorth Natural Gas, Inc. and Century Indemnity Company have filed a joint status report stating that they have agreed to a final amount owed to EnergyNorth on its request for fees and costs.  EnergyNorth was awarded $1,126,293 in fees and costs, which has been paid, and the parties have agree to an additional amount of fees and costs of $112,500.  They ask the court to approve their settlement and amend the judgment accordingly.

Based upon the parties' representations in their status report filed on June 6, 2007 (document no. 483), the court approves the settlement as stated in the report.

Conclusion

For the foregoing reasons, the plaintiff's motion for fees (document no. 474) is terminated.  The parties' settlement of the amount of additional fees and costs sought (document no. 483) is approved.

Pursuant to their agreement, Century shall pay EnergyNorth an additional $112,500 for attorneys' fees, costs, and interest within fourteen days of the date of this order.

The clerk of court will enter an amended judgment showing that EnergyNorth was awarded $1,126,293.06 in attorneys' fees and costs, which has been paid, and along with an additional award of $112,500, which will be paid within fourteen days of the date of this order.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

June 18, 2007

cc: John L. Altieri, Esquire
    Walter J. Andrews, Esquire
    Richard T. Apiscopa, Esquire
    Michael F. Aylward, Esquire
    Charles P. Bauer, Esquire
    Edmund J. Boutin, Esquire
    Kevin E. Buchholz, Esquire
    Doreen F. Connor, Esquire
    Stephen A. Duggan, Esquire
    Bruce W. Felmly, Esquire
    John D. Frumer, Esquire
    Robert J. Gallo, Esquire
    Rachel A. Hampe, Esquire
    Paul W. Hodes, Esquire
    Ruth S. Kochenderfer, Esquire
    William P. Lalor, Esquire
    Jeffrey B. Osburn, Esquire
    Stephen H. Roberts, Esquire
    Lawrence A. Serlin, Esquire

```
Michael J. Balch, Esquire
Robert J. Bates, Esquire
Ann Bickford, Esquire
John A. Guarascio, Esquire
Jeffrey P. Heppard, Esquire
Jeffrey H. Karlin, Esquire
Theodore A. Keyes, Esquire
Scott E. Levens, Esquire
George W. Lindh, Esquire
John L. Putnam, Esquire
```